**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael R. Robinson, MSW, ) | No. CV-06-1946-PHX-LOA |
| Plaintiff, ) | ORDER |
| vs. ) | |
| Centene Corporation/Nursewise; Shannon M. Anderson, Human Resources Manager, John and Jane Does 1-50; Debra Rinaudo, Executive Director, State of Arizona Board of Behavioral Health Examiners, Amy Shelton, Dep. Dir., Cedric Davis, Bd. Chair, Steve Legendre, Bd. Member, Jose Herrera, Bd. Member, Ruth Lee, Bd. Member, Sharon "Del" Worley, Bd. Member, Dan Wright, Bd. Member, Laura Waterman, Bd. Member, ) | |
| Defendants. ) | |

Defendant State of Arizona Board of Behavioral Health Examiners having filed its Motion To Dismiss (docket # 19) on September 11, 2006,

**IT IS ORDERED** that the State of Arizona shall file on or before **October 2, 2006** its written election to either consent to the exercise of jurisdiction by a magistrate judge or a written election to have the case reassigned to a United States district judge.

It is Plaintiff's obligation to timely respond to all motions. The failure of Plaintiff to respond to Defendant State of Arizona Board of Behavioral Health Examiners' Motion To Dismiss (docket # 19) may in the discretion of the Court be deemed a consent to the granting of that Motion without further notice, and judgment may be entered dismissing

1 the complaint as to this Defendant pursuant to LRCiv 7.2(i).  Brydges v. Lewis, 18 F.3d 651
2 (9th Cir. 1994) (per curiam).

3       Plaintiff is hereby advised that the United States Supreme Court has made
4 clear: federal "judges have no obligation to act as counsel or paralegal to pro se litigants"
5 because requiring trial judges to explain the details of federal procedure or act as the pro se's
6 counsel "would undermine district judges' [or magistrate judges'] role as impartial
7 decisionmakers."  Pliler v. Ford, 542 U.S. 225, 124 S.Ct 2441, 2446 (2004).  Therefore,
8 Plaintiff is forewarned that it can not unfairly assist Plaintiff in responding to the pending
9 dispositive motion or any other motion.

10       **IT IS FURTHER ORDERED** that:

11       1. That Plaintiff shall have until **5:00 p.m. on October 12, 2006** within which
12 to file a Response to Plaintiff to respond to Defendant State of Arizona Board of Behavioral
13 Health Examiners' Motion To Dismiss (docket # 19).

14       2. That Defendant State of Arizona Board of Behavioral Health Examiners
15 shall have to **5:00 p.m. on October 27, 2006** to file a reply.

16       **IT IS FURTHER ORDERED** that counsel and any party, if unrepresented,
17 shall hereinafter comply with the Rules of Practice for the United States District Court for
18 the District of Arizona, as amended on December 1, 2005.  The District's Rules of Practice
19 may be found on the District Court's internet web page at www.azd.uscourts.gov/. All other
20 rules may be found as www.uscourts.gov/rules/.  The fact that a party is acting pro se does
21 not discharge this party's duties to "abide by the rules of the court in which he litigates."
22 Carter v. Commissioner of Internal Revenue, 784 F.2d 1006, 1008 (9th Cir. 1986).

23       DATED this 13th day of September, 2006.

                              Lawrence O. Anderson
                              United States Magistrate Judge